ANGELA RELIFORD
171 Auburn Ave, NE #523
Atlanta, Ga, 30303
(470)442-8742
AngelaReliford@gmail.com

ANGELA RELIFORD, IN PRO PER

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Angela Reliford, <br><br> Plaintiff, <br><br> vs. <br><br> CHRISTOPHER M. BROWN A.K.A CHRIS BROWN, SONY MUSIC ENTERTAINMENT, and RCA RECORDS, <br><br> Defendants. | Case No.: 2:25-cv-01088-GMN-BNW <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLIES TO DEFENDANT SONY MUSIC ENTERTAINMENT'S RESPONSES TO PLAINTIFF'S MOTIONS [ECF NOS. 9, 27, 28]** <br><br> [Second Request] |

Plaintiff Angela Reliford ("Plaintiff") and Defendant Sony Music Entertainment ("SME"), by and through their undersigned representatives, hereby stipulate and agree as follows:

Plaintiff's motions at ECF Nos. 9, 27, and 28 are currently pending before the Court.

-1-

On July 18, 2025, the Court granted Plaintiff's first request for an extension of time to file her replies to SME's responses to those motions, making the current deadline July 25, 2025.

Plaintiff has requested, and SME has agreed, to a second extension of time to file Plaintiff's replies, up to and including July 30, 2025.

This is the second request for an extension of this deadline.

The extension is requested in good faith and not for purposes of delay.

WHEREFORE, the parties respectfully request that the Court enter an order extending Plaintiff's deadline to file her replies to SME's responses to Plaintiff's Motions at ECF Nos. 9, 27, and 28, up to and including July 30, 2025.

Dated: July 25, 2025

Respectfully submitted,

-2-

STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLIES TO DEFENDANT SONY MUSIC ENTERTAINMENT'S RESPONSES TO PLAINTIFF'S MOTIONS [ECF NOS. 9, 27, 28]

/s/ Angela Reliford
Angela Reliford
Pro Se Plaintiff
171 Auburn Ave. NE #523
Atlanta, GA 30303
(470) 442-874
Angela Reliford


PETERSON BAKER, PLLC
By: /s/ Nikki L. Baker
NIKKI L. BAKER, ESQ., Bar No. 6562
nbaker@petersonbaker.com
701 S. 7th Street
Las Vegas, NV 89101
Telephone: 702.786.1001
Facsimile: 702.786.1002
Attorneys for Defendant Sony Music Entertainment


IT IS SO ORDERED.

_____
Honorable U.S. District Court Judge
Gloria M. Navarro
DATED: ___July 29, 2025___

-3-

STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLIES TO DEFENDANT SONY MUSIC ENTERTAINMENT'S RESPONSES TO PLAINTIFF'S MOTIONS [ECF NOS. 9, 27, 28]