1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

7    Angela Reliford,                                 Case No. 2:25-cv-01088-GMN-BNW

8                          Plaintiff,

                                                       **ORDER**
9          v.

10   Christopher M. Brown, et al.

11                         Defendants.

12

13         Before this Court is pro se Plaintiff's ex parte motion for an order directing service by the

14   U.S. Marshals or, in the alternative, for permission to utilize alternate service (ECF No. 83). This

15   motion was improperly filed ex parte. Plaintiff did not articulate the rule that permits ex parte

16   filing per this district's local rules. Local Rule IA 7-2(b). Still, this Court will consider her

17   motion as Defendant Chris Brown has not appeared yet and the request does not involve the other

18   Defendants.

19         When a party proceeds *in forma pauperis*, the court "shall issue and serve all process." 28

20   U.S.C. § 1915(d); *Puett v. Blandford*, 912 F.2d 270, 273 (9th Cir. 1990) ("[A] party proceeding

21   in forma pauperis is entitled to have the summons and complaint served by the U.S. Marshal.").[1]

22   Here, Plaintiff proceeds *in forma pauperis* and is therefore entitled to the Court's aid in serving

23   the Defendants. *See* ECF No. 75.

24         **IT IS THEREFORE ORDERED** that Plaintiff's ex parte motion for service (ECF No.

25   83) is **GRANTED**.

26   _____

27   [1] Section 1915(d) dovetails with Rule 4, which provides that upon the request of a plaintiff
     authorized to proceed in forma pauperis, the Court "must" order "that service be made by a
     United States marshal or deputy or by a person specifically appointed by the court." Fed. R. Civ.
28   P. 4(c)(3).

1    **IT IS FURTHER ORDERED** that the Clerk of Court send Plaintiff one blank copy of

2    form USM-285.

3    **IT IS FURTHER ORDERED** that Plaintiff shall have until November 17, 2025, to send

4    the required USM-285 form to the U.S. Marshals. On the form, Plaintiff must fill in Defendant

5    Chris Brown's last known address.

6    **IT IS FURTHER ORDERED** that the Clerk of Court is directed to issue a summons for

7    Defendant Chris Brown.

8    **IT IS FURTHER ORDERED** that the Clerk of Court serve one copy this Order, the

9    issued summons, the USM-285 form, and one copy of the operative complaint (ECF No. 1-2) on

10   the U.S. Marshals Service.

11   **IT IS FURTHER ORDERED** that within 21 days of receipt of these documents, in

12   accordance with Federal Rule of Civil Procedure 4(c)(3), the U.S. Marshals Service shall attempt

13   service Defendant Chris Brown at his last-known address.

14

15   DATED: October 16, 2025.

16

17   _____

18   BRENDA WEKSLER
     UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28